UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KAREN ELIZABETH GLANCE                        CASE NO. 20-10750
1520 BENJAMIN PKWY APT A                      JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27408

    DEBTOR

SSN(1) XXX-XX-5143                            DATE:  04/22/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLIANT CAPITAL MANAGEMENT-HDH<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124-3978 | $2,841.17<br>INT:  .00%<br>NAME ID: 183853<br>CLAIM #: 0004 | (U) UNSECURED<br><br>ACCT: 6787<br>COMMENT: |
| BRIDGE LENDING SOLUTIONS<br>ATTN OFFICER<br>P O BOX 481<br>LAC DU FLAMBEAU, WI  54538 | $0.00<br>INT:  .00%<br>NAME ID: 183329<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6584<br>COMMENT: |
| BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC<br>% PRA RECEIVABLES MGMT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $832.05<br>INT:  .00%<br>NAME ID: 170594<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 0038<br>COMMENT: COMENITY BANK |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,139.12<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 7306<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,986.36<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 9135<br>COMMENT: |
| CITIBANK NA/MIDLAND FUNDING<br>ATTN OFFICER<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | $0.00<br>INT:  .00%<br>NAME ID: 183330<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0668<br>COMMENT: |
| COMENITY BANK/MAURICES<br>ATTN OFFICER<br>3075 LOYALTY CIR<br>P O BOX 182789<br>COLUMBUS, OH  43218 | $0.00<br>INT:  .00%<br>NAME ID: 183331<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2423<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---:|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT:  5143<br>COMMENT:  OC | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,177.08<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0010 | | (U) UNSECURED<br><br>ACCT:  4567<br>COMMENT:  WEBBANK/FINGERHUT | |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $765.02<br>INT:  .00%<br>NAME ID: 67831<br>CLAIM #:  0012 | | (U) UNSECURED<br><br>ACCT:  7700<br>COMMENT: | |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $6,841.52<br>INT:  .00%<br>NAME ID: 154854<br>CLAIM #:  0013 | | (U) UNSECURED<br><br>ACCT:  8447<br>COMMENT:  JC PENNEY/SYNCHRONY<br>BANK | |
| MONTGOMERY WARD<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $321.82<br>INT:  .00%<br>NAME ID: 151087<br>CLAIM #:  0014 | | (U) UNSECURED<br><br>ACCT:  1290<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:  5143<br>COMMENT:  OC | |
| NATIONAL CREDIT ADJUSTERS<br>P O BOX 3023<br>HUTCHINSON, KS  67504-3023 | $2,451.08<br>INT:  .00%<br>NAME ID: 11458<br>CLAIM #:  0011 | | (U) UNSECURED<br><br>ACCT:  7097<br>COMMENT: | |
| TD BANK USA/TARGET CREDIT<br>7000 TARGET PKWY N<br>MAIL STOP NCD-0450<br>MINNEAPOLIS, MN  55445 | $0.00<br>INT:  .00%<br>NAME ID: 181510<br>CLAIM #:  0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  8126<br>COMMENT: | |
| U S DEPT OF EDUCATION<br>ATTN OFFICER<br>2505 S FINLEY RD<br>LOMBARD, IL  60148 | $0.00<br>INT:  .00%<br>NAME ID: 183334<br>CLAIM #:  0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  5143<br>COMMENT: | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $145.49<br>INT:  .00%<br>NAME ID: 176005<br>CLAIM #:  0018 | | (U) UNSECURED<br><br>ACCT:  0001<br>COMMENT: | |
| **TOTAL:** | **$18,500.71** | | | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,500.00 | | ATTORNEY FEE | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

| | |
|---|---|
| Date:  04/22/2021 | OFFICE OF THE CHAPTER 13 TRUSTEE |
| | By:  /s/  Gayle McFarland |
| | Clerk |
| | Chapter 13 Office |
| | 500 W FRIENDLY AVE STE 200 |
| | P O BOX 1720 |
| | GREENSBORO, NC  27402-1720 |

cc:  Debtor
     Attorney for Debtor - Electronic Notice